No. 99–9049.  Caldwell v. Greiner, Superintendent, Sing Sing Correctional Facility.  C. A. 2d Cir.  Certiorari denied.

No. 99–9050.  Crawford v. Purkett, Superintendent, Farmington Correctional Center.  C. A. 8th Cir.  Certiorari denied.

No. 99–9056.  Crawford v. Union Carbide Corp.  C. A. 4th Cir.  Certiorari denied.

No. 99–9063.  Henness v. Ohio.  Ct. App. Ohio, Franklin County.  Certiorari denied.

No. 99–9100.  Mack et al. v. United States.  C. A. 9th Cir.  Certiorari denied.

No. 99–9105.  Benoit et al. v. Louisiana Water Co. et al.  Ct. App. La., 3d Cir.  Certiorari denied.

No. 99–9116.  Cosme v. Artuz, Superintendent, Green Haven Correctional Facility.  C. A. 2d Cir.  Certiorari denied.

No. 99–9118.  Weston v. First Union National Bank et al.  C. A. 2d Cir.  Certiorari denied.

No. 99–9123.  Brown v. Pennsylvania.  Super. Ct. Pa.  Certiorari denied.

No. 99–9141.  Griefen et al. v. United States.  C. A. 9th Cir.  Certiorari denied.

No. 99–9165.  Bradfield v. Bowlen, Warden.  C. A. 6th Cir.  Certiorari denied.

No. 99–9201.  Tyree v. Milliken, Associate Judge, District of Columbia Superior Court.  Ct. App. D. C.  Certiorari denied.

No. 99–9210.  Stewart v. United States.  C. A. Fed. Cir.  Certiorari denied.

No. 99–9220.  Jackson v. West, Secretary of Veterans Affairs.  C. A. Fed. Cir.  Certiorari denied.